IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TRENTON ALAN CREWS,

   Petitioner,

v.

WAYNE V. BENNETT, Sheriff,

   Respondent.

CIVIL ACTION NO.: CV206-012

## ORDER

 Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254. By Order dated March 20, 2006, Petitioner was allowed a period of twenty (20) days to file any objections to Respondent's motion or to otherwise inform the court of his decision not to object to the motion. Petitioner was advised that if he did not timely respond, within said twenty (20) day period of time, this Court would enter an Order dismissing this action, without prejudice. Petitioner has failed to respond to the Court's Order. Accordingly, this petition is **DISMISSED**, without prejudice.

 The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

 **SO ORDERED**, this 3 day of May, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)